IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM KOPFMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 10 CV 8115 ) |
| ENSIGN RIBBON BURNERS, LLC, | ) ) |
| Defendant. | ) JURY DEMAND |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, WILLIAM KOPFMAN, by and through his attorneys, GORDON & CENTRACCHIO, L.L.C., and complaining of the Defendant, ENSIGN RIBBON BURNERS, LLC, states as follows:

JURY DEMAND

Plaintiff demands trial by jury.

JURISDICTION

1. That Defendant, ENSIGN RIBBON BURNERS, LLC, is a foreign corporation with its principal place of business in Pelham Manor, New York, and Plaintiff is a citizen and resident of Illinois, and jurisdiction of this Court is based on diversity of citizenship between the parties, and the amount in controversy is in excess of $75,000, exclusive of interest and costs. Diversity of citizenship exists under U.S.C. 28 1332.

BACKGROUND FACTS

2. That on or about August 10, 2010, and prior thereto, the Defendant, ENSIGN RIBBON BURNERS, LLC, was a foreign corporation located in Pelham Manor, New York, engaged in the business of manufacturing and selling ribbon burners, air/gas mixers, ignition and safety controls, and combustion supply systems and controls for the baking, snack, laminating, textile, plastics, glass, wire, and metal industries.

3. That prior to August 10, 2010, the Defendant, ENSIGN RIBBON BURNERS, LLC, manufactured a certain mixer which was sold to Campbell International, Inc. d/b/a Fish Oven Equipment Corporation located at 120 W. Kent in Wauconda, Illinois.

4. That on or about August 10, 2010, the Plaintiff, WILLIAM KOPFMAN, was an employee of Campbell International, Inc. d/b/a Fish Oven Equipment Corporation, and was in the exercise of performing his duties as said employee.

5. That in the course of performing his duties, the Plaintiff and a co-worker were attempting to put together the aforesaid burner and mixer to test fire an oven.

6. That during the course of test firing the burner, gas built up in the burner inlet pipe and backfired down the inlet tube and exploded in the Plaintiff's face.

7. That the gas build up and explosion were caused by a red rag left in the mixer by the Defendant prior to being sold and delivered to Campbell International, Inc.

8. That the gas build up and explosion caused the Plaintiff to fall backwards, severely injuring himself, and specifically, breaking his left femur, resulting in a left hip replacement.

9. That the Defendant knew or, in the exercise of ordinary care and inspection, should have known that the mixer in question contained a rag jammed in its parts, and was in a dangerous and hazardous condition and prone to malfunction and could cause injury to persons using the mixer, and specifically, the Plaintiff herein.

10. That it was the duty of the Defendant, through their agents and employees in their behalf, to exercise ordinary care in the manufacture, inspection, operation, supervision and maintenance of the mixer.

11. That notwithstanding said duty, the Defendant, through their agents and employees on their behalf, was guilty of one or more of the following wrongful acts and/or omissions:

   (a) Carelessly and negligently caused injury to the Plaintiff;

   (b) Carelessly and negligently left a shop rag in the mixer causing an explosion;

   (c) Carelessly and negligently failed to adequately inspect the subject mixer;

   (d) Carelessly and negligently provided a mixer that was in an unreasonably dangerous and hazardous condition to its customers;

   (e) Carelessly and negligently provided a mixer that failed to safely operate in the manner in which it was intended;

   (f) Carelessly and negligently failed to correct a dangerous condition;

(g) Carelessly and negligently failed to provide adequate warning of a dangerous condition;

(h) Carelessly and negligently maintained their mixers sold to and used by their customers;

(i) Was otherwise careless and negligent in the inspection, operation, supervision and maintenance of their mixers.

12. That as a direct and proximate result of one or more of the aforesaid wrongful acts of Defendant, the Plaintiff sustained severe injuries, including a broken left femur resulting in a left hip replacement, was obligated to spend large sums of money for medical care and attention, and was otherwise deprived of great gains which he would have made and acquired as a result of said injuries.

WHEREFORE, the Plaintiff, WILLIAM KOPFMAN, prays for judgment against the Defendant, ENSIGN RIBBON BURNERS, LLC, in an amount in excess of the jurisdictional limits of this Court, and for any and all other relief which this Court deems just and proper.

GORDON & CENTRACCHIO, L.L.C.

_____
LAWRENCE G. GORDON

GORDON & CENTRACCHIO, L.L.C.
Attorneys for Plaintiff
211 W. Wacker Drive #500
Chicago, IL 60606
(312) 332-2490
Atty. No. 228