**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

William Kopfman
                                            Plaintiff,

v.                                                                        Case No.: 1:10–cv–08115
                                                                       Honorable Matthew F. Kennelly

Ensign Ribbon Burners, L.L.C.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 28, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: The complaint in this case names as the defendant a limited liability company (LLC) but then says it is a "foreign corporation." The latter designation is likely incorrect. The complaint in its current form does not adequately describe the basis for the Court's jurisdiction. Plaintiff is directed to file within 10 days of the date of this order an amended complaint setting forth the citizenship of the members of defendant Ensign Ribbon Burner LLC, including the complete citizenship of any corporate or LLC members. See Mutual Assignment & Indemnification Co. v. Lind–Waldock & Co., LLC, 364 F.3d 858, 861 (7th Cir. 2004); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998). If plaintiff fails to do so, the Court will dismiss the case for lack of subject matter jurisdiction. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.